UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| YICKSHUN LEE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:21-CV-0686-X-BK |
| | § | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| *Defendant.* | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 34). The Magistrate Judge found that the Commissioner's decision that Plaintiff YickShun Lee was not disabled during the relevant time period was supported by substantial evidence. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Commissioner's decision is **AFFIRMED**.

**IT IS SO ORDERED** this 22nd day of March, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1